UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------X
KELIN MANUEL FERMIN,                :
                                    :
                    Petitioner,     :   08 Civ. 925(JSR)(THK)
                                    :
     -against-                      :
                                    :
                                    :   ORDER
UNITED STATES OF AMERICA,           :
                                    :
                    Respondent.     :
------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

This action for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2255, has been referred to me by the Honorable Jed S. Rakoff, United States District Judge. Upon the Court's preliminary consideration of the petition herein, it is hereby:

> ORDERED, that the Clerk shall serve, by certified mail, a copy of this Order upon the petitioner.
>
> ORDERED, that the Clerk shall serve, by certified mail, a copy of this Order and the petition herein upon the United States Attorney's Office for the Southern District of New York;
>
> ORDERED, that respondent serve and file an answer to the petition by May 19, 2008; respondent shall address the merits of the petition and the satisfaction of any procedural prerequisites; and it is further
>
> ORDERED, that any reply by petitioner to respondent's submissions shall be filed and served by June 18, 2008.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge


Dated: March 13, 2008
      New York, New York


Copy mailed this date to:

Manuel K. Fermin
06280-052
Moshanonn Valley Correctional Facility
555 I-Cornell Drive
Philisburg, PA 16866